UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2016 AUG -4 PM 12: 06

WESTERN DISTRICT OF TEXAS
BY_____ AO_____

| | | |
|---|---|---|
| MONARCH INVESTMENTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 16-CA--238-SS |
| KHALED M. SARHAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER, FOR ENTRY OF DEFAULT AND FOR ENTRY OF DEFAULT JUDGMENT

Came on for consideration Plaintiff Monarch Investments, LLC's Motion to Strike Defendant's Answer, for Entry of Default and for Entry of Default Judgment against Defendant Khaled M. Sarhan. The Court, having considered the Motion, all responses filed herein, the pleadings and papers specifically referenced in the Motion, and the arguments of counsel finds that the Motion is meritorious and should be GRANTED.

It is, therefore, **ORDERED** that Defendant Khaled M. Sarhan's amended answer [Doc. # 39] is hereby stricken in its entirety.

The Court **FINDS** that the record supports entry of default and **HEREBY ORDERS** that default be entered.

The Court also **FINDS** that the record supports default judgment. Therefore, it is hereby **ORDERED** that default judgment be entered against Defendant Khaled M. Sarhan in the amount of $103,282.20, plus post-judgment interest as allowed by law.

SIGNED this _4th_ day of _August_, 2016.

_____
THE HONORABLE SAM SPARKS